No. 368, Misc. BYNUM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 371, Misc. DeSIMONE v. RANDOLPH, WARDEN. C. A. 7th Cir. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 377, Misc. McDANIEL v. UNION TANK CAR Co. Supreme Court of Louisiana. Certiorari denied. *J. Minos Simon* for petitioner. *Hopkins P. Breazeale, Jr.,* for respondent.

No. 383, Misc. SEXTON v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 384, Misc. BYRNES v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 386, Misc. RUSSELL v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 391, Misc. NICHOLS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 410, Misc. KISSINGER v. LANE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93, Misc. IMBLER v. CALIFORNIA. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Gregory S. Stout* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Arlo E. Smith,* Chief Assistant Attorney General, and *Albert W. Harris, Jr.,* Deputy Attorney General, for respondent.